FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION                    BY DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )     Case No.: *8CR16-52-VAP*
                                )
            Plaintiff,          )     ORDER OF DETENTION PENDING
                                )     FURTHER REVOCATION
        v.                      )     PROCEEDINGS
                                )     (FED. R. CRIM. P. 32.1(a)(6); 18
*Anthony Moses Garcia-Luna*      )     U.S.C. § 3143(a)(1))
                                )
            Defendant.          )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___*Central*___ District of ___*California*___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    (X)   other: ___*additional information proffered in court*___

1

1    and/ or

2  B. (X)    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the

4            safety of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            (X)    information in the Pretrial Services Report and Recommendation

7            (X)    information in the violation petition and report(s)

8            ( )    the defendant's nonobjection to detention at this time

9            (X)    other: _additional information proffered_

10                  _in court_

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: March 16, 2017

15                                            SHERI PYM
                                              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28